# EXHIBIT 1

t / Incident Summary

| | | |
|---|---|---|
| Request Type: | | Public Records Request |
| Contact E-Mail: | | sheplaw@att.net |
| Reference No: | | P007287-032417 |

| Files: | UPLOAD DATE | |
|---|---|---|
| | 03/28/2017 | Schedule.pdf |
| | 03/24/2017 | REQUEST_P007287.pdf |

Additional Information

*Please click here for a copy of the fee schedule for public records requests and locations.

| | |
|---|---|
| I am a: | Attorney |
| Name of Requester: | *Please provide a contact name if using a Corporate or Company email a* |
| Describe the Record(s) Requested: | BOND SCHEDULES THAT ARE IN EFFECT FOR DUVAL COUNTY. |
| Police Report # / CCR #: | |
| Date of Incident: | |
| Location of Accident: | |
| Preferred Method to Receive Records: | Electronic via JSO Records Center |

*Please note not all public documents are available in electronic format. If th document(s) requested are not available electronically, we will make them a inspection or by paper copy in accordance with the Public Records Law.*

## MISDEMEANOR BOND SCHEDULE

| | CHARGE | STATUTE | DEGREE | BOND AMOUNT |
|---|---|---|---|---|
| | Abandoned Property and Related Acts | 670.103 | MO | 1,008.00 |
| | Affray | 87.01(1) | M1 | 2,508.00 |
| ** | Aggressive Solicitation | J21-41 | MO | 1,508.00 |
| | Aiding or Abetting in Commission or Solicitation of Prostitution/Lewdness/Assignation | 796.07(2)(h) | M2 | 1,508.00 |
| | Altered Firearm | 790.27(2)(a) | M1 | 2,508.00 |
| | Assault | 614.122 | MO | 1,008.00 |
| | Assault | 784.011 | M2 | 1,508.00 |
| | Assault on Law Enforcement Officer/Firefighter | 784.07(2)(a) | M1 | 2,508.00 |
| | Attempt to Acquire a Controlled Substance/Attempt to Acquire/Obtain Schedule C.S. by Fraud | 893.13(3)(a)(4) | M1 | 2,508.00 |
| | Battery | 784.03 | M1 | 2,508.00 |
| | Battery (Domestic) | 784.03(1) | M1 | None |
| ** | Begging in Roadway | 614.138(b)(1) | MO | 1,008.00 |
| | Boating Citations criminal/administrative | ALL | ALL | 508.00 |
| | Breach of Peace/Disorderly Conduct | 877.03 | M2 | 1,508.00 |
| | Carrying a Concealed Weapon | 790.01 | M1 | 2,508.00 |
| | Carrying a Pistol or Rifle Without License | 790.05 | M2 | 2,508.00 |
| | Carrying Concealed Firearm/Weapon | 620.106 | MO | 1,008.00 |
| *** | CHARITABLE SOLICITATION | M804.806 | A | $358.00 |
| | Child Abuse (Contribute to Delinquency) | 827.04(3) | FELONY | None |
| | Child Abuse (Health Endangered) | 827.04(2) | FELONY | None |
| | Child Neglect | 827.05 | FELONY | None |
| | Consumption of Alcohol | 154.107 | MO | 108.00 |
| *** | CONSUMPTION OF ALCOHOL ON VENDOR'S PREMISIS | M154.108 | D | $358.00 |
| *** | CONSUMPTION/POSSESSION OF OPEN CONTAINER ON PUBLIC PROPERTY | A3.9 | D | $358.00 |
| *** | CONTRIBUTING TO THE DELINQUENCY OR DEPENDENCY OF A MINOR | S827.04(1)(A) | M1 | $758.00 |
| | Criminal Mischief $200.00-1,000.00 | 806.13(b)(2) | M1 | 2,508.00 |

| | | | | |
|---|---|---|---|---|
| | Criminal Mischief Under $200.00 | 806.13(1)(b) | M2 | 1,508.00 |
| ** | Cruelty To Animal | 828.12(1) | M1 | 2,508.00 |
| | Culpable Negligence - Actual Injury | 784.05(2) | M1 | 2,508.00 |
| | Culpable Negligence - No Harm | 784.05(1) | M2 | 1,508.00 |
| ** | Curb Drinking | 562.453 | M2 | 258.00 |
| *** | DAILY PARK HOURS | M28.705 | C | $158.00 |
| | Damaging Private Property | 614.112 | MO | 1,008.00 |
| | Defrauding an In-keeper | 509.151(1) | M2 | 1,508.00 |
| | Devices for Injecting, Smoking or Using Certain Drugs | 606.204 | MO | 1,008.00 |
| *** | DISCHARGE; DUMPING & DISPOSING OF MATERIAL OTHER THAN STORMWATER | M754.204 | D | $758.00 |
| | Discharging Firearm in Public | 790.15 | M1 | 2,508.00 |
| *** | DISORDERLY CONDUCT ON PREMISES OF ESTABLISHMENT | S509.143 | M1 | $558.00 |
| | Disorderly House Prostitution | 614.127 | MO | 1,008.00 |
| | Disorderly Intoxication (Endangering person/property) | 856.011-1 | M2 | 1,508.00 |
| | Disorderly Intoxication (Public Disturbance) | 856.011-2 | M2 | 1,508.00 |
| | Failure to Comply With Lawful Order of Police/Fire Div. | 804.303 | MO | 1,008.00 |
| *** | FAILURE TO PLACE NAME ON WRECKER TRUCK | M230.101 | D | $358.00 |
| *** | FAILURE TO REGISTER WRECKER TRUCK | M230.102 | D | $358.00 |
| | Failure to Return Leased Property | 812.155(3) | M2 | 1,508.00 |
| *** | FALSE ALARMS OF FIRES; NO PREVIOUS CONVICTION | S806.101 | M1 | $758.00 |
| | False Police Report | 837.05 | M1 | 2,508.00 |
| *** | FALSE REPRESENTATION AS A LICENSED CONTRACTOR | S489.127(1)(F) | M1 | $758.00 |
| | Falsifying Records | 839.13 | M1 | 2,508.00 |
| | Fighting | 614.123 | MO | 1,008.00 |
| | Fish and Wildlife Citations (criminal/administrative) | ALL | ALL | 508.00 |
| ** | Fraudulent Refunds | 817.037 | M1 | 2,508.00 |
| ** | Fraudulent Use Of Credit Card | 817.61 | M1 | 2,508.00 |
| | Gambling | 849.08 | M2 | 1,508.00 |
| | Giving False Identification | 614.115(d) | MO | 1,008.00 |

| | Offense | Statute | Class | Fine |
|---|---|---|---|---|
| | Giving False Identification | 901.36(1) | M1 | 1,008.00 |
| * | Harassing Telephone Calls (Non Disclosed Identity) | 365.16(1)(b) | M2 | 1,508.00 |
| *** | ILLEGAL USE OF NETS GREATER THAN 500FT | S379.2422 | M1 | $758.00 |
| *** | IMPOUNDS/CONFINES ANIMAL W/O FOOD, WATER, EXERCISE | S828.13(2)(A) | M1 | $758.00 |
| *** | IMPOUNDS/CONFINES ANIMAL W/O INSUFFICIENT AIR | S828.13(2)(B) | M1 | $758.00 |
| | Improper Exhibition of Gun or Dangerous Weapon | 790.10 | M1 | 2,508.00 |
| | Indecent Exposure | 614.124 | MO | 1,008.00 |
| | Indecent Exposure (Public) | 800.03-1 | M1 | 2,508.00 |
| | Indecent Exposure Restroom Masturbation | 800.03-2 | M1 | 2,508.00 |
| | Inhalation of Chemical Substance | 506.501 | MO | 1,008.00 |
| | Inhalation of Harmful Chemical Substance | 871.111 | M2 | 1,508.00 |
| | Inmate of Disorderly House | 606.202(3)(1) | MO | 1,008.00 |
| | Inmate of House of Ill Fame | 796.07(3)(c) | M2 | 1,508.00 |
| | Lewd and Lascivious Behavior | 798.02 | M2 | 1,508.00 |
| | Loitering or Prowling | 856.021 | M2 | 1,508.00 |
| | Loitering Soliciting Begging in Public Place | 614.106 | MO | 1,008.00 |
| | Making Threats | 614.120 | MO | 1,008.00 |
| *** | MANUFACTURE, SALE, POSSESS ETC OF SLOT MACHINES, 1ST OFFENSE | S849.15 | M2 | $558.00 |
| | Obstructing Public Passage | 614.117 | MO | 1,008.00 |
| | Obstruction of Justice by Disguise | 843.03 | M1 | 2,508.00 |
| | Obtaining Credit Card Through Fraud or Theft | 817.60 | M1 | 2,508.00 |
| | Offering for Prostitution, Lewdness or Assignation | 796.07(3)(a) | M2 | 1,508.00 |
| *** | ONSITE SEWAGE TREATMENT AND DISPOSAL SYSTEMS; REGULATIONS | S381.0065 | M2 | $558.00 |
| ** | Open House Party | 856.015 | M2 | 2,508.00 |
| ** | Operating a Moving Company without Registration | 507.03(1) | M1 | 1,008.00 |
| ** | Peddling/Obstruction of Traffic | 614.143 | MO | 1,008.00 |
| | Pedestrians Soliciting Rides, Sales or Contributions | 804.805 | MO | 1,008.00 |
| *** | PERMIT REQUIRED | N15.15 | | $358.00 |
| | Petit Theft (or any variation of the statute as long as the title is Petit Theft) | 812.014 | M2 | 1,508.00 |

|     |                                                                                                            |                 |         |            |
| --- | ---------------------------------------------------------------------------------------------------------- | --------------- | ------- | ---------- |
| *   | Possession of Alcohol by Person Under 21                                                                   | 562.111(1)      | M2      | 258.00     |
| **  | Possession of Alcoholic Beverage in City Park                                                              | 28.712          | MO      | 258.00     |
|     | Possession of Drug Paraphernalia                                                                           | 893.147(1)      | M1      | 2,508.00   |
| *** | POSSESSION OF FIREARM BY PERSON AGAINST WHOM A DOM. VIOL. INJUNCTION HAS BEEN ISSUED                       | S790.233        | M1      | $1,508.00  |
|     | Possession of Gambling Paraphernalia                                                                       | 849.231         | M1      | 2,508.00   |
|     | Possession of Lottery Paraphernalia                                                                        | 849.01(4)       | M1      | 2,508.00   |
|     | Possession of Marijuana - under 20 grams (or any variation of statute for Poss. Less 20 grams)             | 893.13(1)(g)    | M1      | 2,508.00   |
| *** | POSSESSION OF PERSCRIPTION DRUGS W/O PERSCRIPTION                                                          | S499.03         | M2      | $558.00    |
| **  | Possession of Shopping Cart                                                                                | 506.509         | M1      | 1,008.00   |
|     | Possession With Intent to Sell Obscene Material                                                            | 847.011(1)      | M1      | 2,508.00   |
|     | Possession, Sale Delivery Firearm Serial # Altered                                                         | 790.27(2)(a)(b) | M1      | 2,508.00   |
|     | Prostitution - Pimp                                                                                        | 796.07(2)(b)    | M2      | 1,508.00   |
|     | Prostitution, Etc, Renting Space                                                                           | 796.06          | M2      | 1,508.00   |
|     | Public Drinking                                                                                            | J004.3          | MO      | 108.00     |
|     | Refusal to Disperse                                                                                        | 614.118         | MO      | 1,008.00   |
| *** | REFUSAL TO PAY SALES TAX                                                                                   | S212.14(3)      | M1      | $758.00    |
|     | Resisting a Retail Merchant                                                                                | 812.015(6)      | M1      | 2,508.00   |
|     | Resisting Officer Without violence                                                                         | 843.02          | M1      | 2,508.00   |
|     | Retail Theft                                                                                               | 812.015(1)(d)   | M2      | 1,508.00   |
| *** | SALE, CONSUMPTION AND/OR SERVICE OF ALCOHOL OUTSIDE THE HOURS OF OPERATION                                 | M154.203        | D       | $358.00    |
|     | Sale of adulterated Drugs                                                                                  | 859.08          | M2      | 1,508.00   |
|     | Sale of Cigarettes to Minors                                                                               | 859.06          | M2      | 1,508.00   |
|     | Sale of Obscene Material                                                                                   | 847.011(1)(a)   | M1      | 2,508.00   |
| *** | SALE OR DISPENSING ALCOHOLIC BEVERAGES AFTER HOURS                                                         | M154.203        | D       | $358.00    |
| *** | SELL, GIVE, DELIVER TOBACCO TO PERSON UNDER 18YOA                                                          | S569.101        | M2      | $558.00    |
| *   | Sell, Give, Serve Alcoholic Beverage to Person Under 21                                                    | 562.11(1)(a)(1) | M2      | 358.00     |
| *** | SIMULATING SEXUAL ACTS                                                                                     | M150.420(i)     | D       | $558.00    |
| *   | Sleeping and Lodging in Prohibited Places                                                                  | 614.138         | D level | 258.00     |

| | Offense | Statute | Level | Amount |
|---|---|---|---|---|
| * | Sleeping, Camping Prohibited | 614.138(a)(2)(i) | D level | 258.00 |
| | Solicitation for Prostitution | 796.07(3)(b) | M2 | 1,508.00 |
| | Stalking | 784.048(2) | M1 | 2,508.00 |
| *** | SUPERVISION; PRIVATE AND CERTAIN PUBLIC WATER SYSTEMS | S381.0062(2)(G) | M2 | $558.00 |
| ** | Throw Debris On Street At Jax Beach | J16-7 | MO | 508.00 |
| | Ticket Scalping | 817.36 | M2 | 1,508.00 |
| | Trespass - Occupied Structure | 810.08(2)(b) | M1 | 2,508.00 |
| *** | TRESPASS ON CONDEMNED PROPERTY | M518.136 | D | $358.00 |
| | Trespass - Property other than Structure/Conveyance | 810.09 | M1 | 2,508.00 |
| | Tresspass - Structure or Conveyance | 810.08(2)(a) | M2 | 1,508.00 |
| | Unauthorized Temporary Use of a Motor Vehicle | 804.642 | MO | 1,008.00 |
| ** | Unlawful Noise | 368.201 | MO | 1,008.00 |
| | Unlawful to Have Narcotic Drugs | 606.302 | MO | 1,008.00 |
| | Unlawful Use of electricity From Tampered Meter | 812.14(2)(c) | M1 | 2,508.00 |
| | Unlawful Use of Emblem (FOP) | 817.311 | M1 | 2,508.00 |
| | Unlawful Use of Water From a Tampered Meter | 812.14(2)(a) | M1 | 2,508.00 |
| ** | Unlawful Use of State Transportation Facility Right of Way | 337.406 | M2 | 258.00 |
| | Unnatural and Lascivious Act | 800.02 | M2 | 1,508.00 |
| *** | VEHICLES AND BICYCLES IN PARK, BEACH OR REC AREA | M28.721 | C | $358.00 |
| *** | VEHICLE FOR HIRE-INTENT TO DEFRAUD BY NOT PAYING | M220.503(k) | D | $758.00 |
| ** | Violation of Adult Entertainment Code | 150.606( e) | MO | 1,508.00 |
| | Violation of Injunction | 741.31 | M2 | None |
| ** | Violation of Park Rules | 28.703 | MO | 258.00 |
| *** | VIOLATION OF PUBLIC HEALTH RULE *****SAO STATUTE | S381.0025(1) | M2 | $558.00 |
| | Worthless Check - Obtain Property Under $150.00 | 832.05(3)(a)-2 | M2 | 1,508.00 |
| | Worthless Check - Obtain Property Under $150.00 | 832.05(4)(a)-2 | M1 | 2,508.00 |
| | Worthless Check - Stop Payment Under $150.00 | 832.041-1 | M2 | 1,508.00 |
| | Worthless Check - Three Party | 832.05(2)(a)-3 | M1 | 2,508.00 |
| | Worthless Check Under $150.00 | 832.05(2)(a)-1 | M2 | 1,508.00 |


**NOTE: PER JUDGE BOYER, CASES WITH MULTIPLE OFFENSES WILL BE GIVEN THE APPROPRIATE BOND PER CHARGE. DO NOT SET BLANKET BOND.**

**ALL BONDS PREVIOUSLY ENDING IN THE DOLLAR AMOUNT "3" HAVE BEEN CHANGED TO DOLLAR AMOUNT "8".**

\*        **NOTE: ITEMS BOLDED WITH ONE ASTERIK (\*) ARE NEWLY ADDED BONDS SET BY JUDGE RONALD HIGBEE 3/12/09**

\*\*       **NOTE: ITEMS BOLDED WITH TWO ASTERIKS (\*\*) ARE NEWLY ADDED BONDS SET BY JUDGE HEALEY IN 2012**

\*\*\*      **NOTE: ITEMS BOLDED WITH THREE ASTERIKS (\*\*\*) ARE NEWLY ADDED BONDS SET BY JUDGE COFER IN 2015**

07/18/2007 WED 07:13 FAX 904 630 5898    PDF Classification Unit                                    @002

## JACKSONVILLE SHERIF. OFFICE
## MISDEMEANOR BOND SCHEDULE

| Statute # | Degree | Charges | Bond |
|---|---|---|---|
| 606.203 (3) (I) | MO | Inmate of Disorderly House | 1003 |
| 606.204 | MO | Devices for Injecting, Smoking or Using Certain Drugs | 1003 |
| 606.302 | MO | Unlawful to have Narcotic Drugs | 1003 |
| 606.501 | MO | Inhalation of Chemical Substance | 1003 |
| 614.106 | MO | Loitering, Soliciting Begging in Public Place | 1003 |
| 614.112 | MO | Damaging Private Property | 1003 |
| 614.115 | MO | Giving False Identification | 1003 |
| 614.117 | MO | Obstructing Public Passage | 1003 |
| 614.118 | MO | Refusal to Disperse | 1003 |
| 614.120 | MO | Making Threats | 1003 |
| 614.122 | MO | Assault | 1003 |
| 614.123 | MO | Fighting | 1003 |
| 614.124 | MO | Indecent Exposure | 1003 |
| 614.127 | MO | Disorderly House; Prostitution | 1003 |
| 620.106 | MO | Carrying a Concealed Firearm/Weapon | 1003 |
| 670.101 | MO | Abandoned Property and Related Acts | 1003 |
| 741.31 | M2 | Violation of Injunction | (NO)*** |
| 784.011 | M2 | Assault | 1503 |
| 784.03 | M1 | Battery | 2503 |
| 784.03 (1) | M1 | Battery (DOMESTIC) | (NO)*** |
| 784.048 (2) | M1 | Stalking | 2503 |
| 748.05 (1) | M2 | Culpable Negligence no Harm | 1503 |
| 784.05 (2) | M1 | Culpable Negligence Actual Injury | 2503 |
| 784.07 (2) (A) | M1 | Assault on Law Enforcement or Fire Fighter | 2503 |
| 790.01 | M1 | Carrying a Concealed Weapon | 2503 |
| 790.05 | M2 | Carrying a Pistol or Rifle w/o License | 2503 |
| 790.10 | M1 | Improper Exhibition of Gun or Dangerous Weapon | 2503 |
| 790.15 | M1 | Discharging Firearms in Public | 2503 |
| 790.27 (2) (A) | M1 | Altered Firearm | 2503 |
| 790.27 (2) (A)(B) | M1 | Possession, Sale, Delivery of Firearm with Serial # Altered | 2503 |
| 796.06 | M2 | Prostitution, Etc.; Renting Space | 1503 |
| 796.07 (2) (B) | M2 | Prostitution-Pimp | 1503 |
| 796.07 (2) (H) | M2 | Aiding or Abetting in Commission or Solicitation of Prostitution/Lewdness/Assignation | 1503 |
| 796.07 (3) (A) | M2 | Offering for Prostitution, Lewdness or Assignation | 1503 |
| 796.07 (3) (B) | M1 | Solicitation for Prostitution | 1503 |
| 796.07 (3) (C) | M2 | Inmate of House of Ill Fame | 1503 |
| 798.02 | M2 | Lewd and Lascivious Behavior | 1503 |
| 800.02 | M2 | Unnatural and Lascivious Act | 1503 |
| 800.03 -1 | M1 | Indecent Exposure (PUBLIC) | 2503 |
| 800.03 -2 | M1 | Indecent Exposure (RESTROOM Masturbation) | 2503 |
| 804.303 | MO | Failure to Comply with Lawful Order of Police/Fire Div. | 1003 |
| 804.642 | MO | Unauthorized Temporary use of Motor Vehicle | 1003 |
| 804.805 | MO | Pedestrians Soliciting Rides, Sales or Contributions | 1003 |
| 806.13 (1) (B) | M2 | Criminal Mischief < $200.00 | 1503 |
| 806.13 (B) (2) | M1 | Criminal Mischief $200.00 - $1000.00 | 2503 |
| 810.08 (2) (A) | M2 | Trespass - Structure or Conveyance | 1503 |
| 810.08 (2).(B) | M1 | Trespass - Occupied Structure | 2503 |
| 810.09 | M1 | Trespass - Property other than Structure/Conveyance | 2503 |
| 812.014 | M2 | Petit - Theft | 1503 |
| 812.015(1)(D) | M2 | Retail Theft | 1503 |

**FELONY ARREST HAS NO BOND**

**EXCEPT WITH A WARRANT**

07/18/2007 WED 07:13 FAX 904 630 5896     PDF Classification Unit                              ☒003

## JACKSONVILLE SHERIFF'S OFFICE
## MISDEMEANOR BOND SCHEDULE

| Statute # | Degree | Charges | Bond |
|---|---|---|---|
| 812.015(6) | M1 | Resisting a Retail Merchant | $503 |
| 812.14(3)(A) | M1 | Unlawful use of Water from a Tampered Meter | $403 |
| 812.14(3)(C) | M1 | Unlawful use of Electricity from Tampered Meter | $503 |
| 817.311 | M1 | Unlawful use of Emblem (F.O.P.) | $103 |
| 817.36 | M2 | Ticket Scalping | $503 |
| 817.60 | M1 | Obtaining Credit Card through Fraud or Theft | $103 |
| 827.04(3) | F | Child Abuse (HEALTH ENDANGERED) | (NO) *** |
| 827.04(1) | F | Child Abuse (CONTRIBUTING TO DELINQUENCY) | (NO) *** |
| 827.05 | F | Child Neglect | (NO) *** |
| 832.041-1 | M2 | Worthless Check - Stop Payment < $150.00 | $103 |
| 832.05(3)(A)-1 | M2 | Worthless Check < $150.00 | $503 |
| 832.05(3)(A)-3 | M1 | Worthless Check - Three Party | $103 |
| 832.05(3)(A)-2 | M2 | Worthless Check - Obtaining Prop <$150.00 | $503 |
| 832.05(3)(A1)-2 | M1 | Worthless Check - Obtaining Prop < $150.00 | $103 |
| 837.05 | M1 | False Police Report | $503 |
| 839.13 | M1 | Falsifying Records | $103 |
| 843.02 | M1 | Resisting Officer w/o Violence | $503 |
| 843.03 | M1 | Obstruction of Justice by Disguise | $503 |
| 847.011(1) | M1 | Possession with Intent to Sell Obscene Material | $503 |
| 847.011(1)(A) | M1 | Sale of Obscene Material | $503 |
| 849.01(4) | M1 | Possession of Lottery Paraphernalia | $503 |
| 849.08 | M2 | Gambling | $103 |
| 849.231 | M1 | Possession of Gambling Paraphernalia | $503 |
| 856.011-1 | M2 | Disorderly Intoxication (Endangering Person/Property) | $103 |
| 856.011-2 | M2 | Disorderly Intoxication (PUBLIC DISTURBANCE) | $503 |
| 856.021 | M2 | Loitering or Prowling | $501 |
| 859.06 | M2 | Sale of Cigarettes to minors | $503 |
| 859.01 | M2 | Sale of Adulterated Drug | $103 |
| 87.21(1) | M1 | Affray | $503 |
| 871.111 | M2 | Inhalation of Harmful Chemical Substance | $503 |
| 877.03 | M2 | Breach of Peace/ Disorderly Conduct | $503 |
| 893.13(1)(G) | M1 | Possession of Marijuana <20 grams | $503 |
| 893.13 (3)(A) 4 | M1 | Attempt to Acquire Controlled Substance/ Attempt to Acquire/ Obtain Schedule Controlled Substance By Fraud | $503 |
| 893.147(1) | M1 | Possession of Drug Paraphernalia | $503 |

### STANDARD BOOKING CODES

| EYE COLOR | ABBREVIATION | HAIR COLOR | ABBREVIATION |
|---|---|---|---|
| Black | BLK | Bald | BLD |
| Blue | BLU | Black | BLK |
| Brown | BRN | Blond or Strawberry | BLND |
| Gray | GRY | Brown | BRN |
| Green | GRN | Gray/Partially Gray | GRY |
| Hazel | HZL | Red or Auburn | RED |
| Pink | PNK | Sandy | SDY |
| Maroon | MRN | Unknown | UNK |
| Unknown | UNK | White | WHT |

| BUILD | ABBREVIATION | COMPLEX | ABBREVIATION |
|---|---|---|---|
| Slender | SLDR | Albino | ALB |
| Medium | MED | Black | BLK |
| Stocky | STKY | Dark | DRK |
| Heavy | HVY | Dark Brown | DBRN |
| | | Fair | FAIR |
| | | Light | LT |
| | | Light Brown | LBRN |
| | | Medium | MED |
| | | Medium Brown | MBRN |
| | | Olive | OLV |
| | | Ruddy | RUD |
| | | Sallow | SLW |
| | | Yellow | YLW |

## FELONY ARREST GET NO BOND

## EXCEPT WITH A WARRANT