UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH MENTER, JONATHAN
DANIELS, JAMES DAVIS,

    Plaintiffs,

v.                                      Case Number: 3:17-cv-1029-J-39JBT

JUDGE MARK H. MAHON,
SHERIFF MIKE WILLIAMS,

    Defendants.
_____/

**SHERIFF WILLIAMS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF HIS MOTION TO DISMISS**

Defendant, SHERIFF MIKE WILLIAMS, moves pursuant to Local Rule 3.01(d) of the Local Rules of the Middle District of Florida for leave to file a reply brief, not exceeding nine (9) pages in length, in further support of his motion to dismiss (Doc. 13). Sheriff Williams believes that a reply brief will facilitate the Court's resolution of the complex and important issues presented by his motion to dismiss and Plaintiffs' response in opposition (Doc. 23). Sheriff Williams wishes to reply to the case law cited and arguments presented in Plaintiffs' response in opposition concerning whether the allegations of Plaintiffs' complaint satisfy the "policy or custom" requirement of Monell v. Department of Social Services, 436 U.S. 658 (1978), as to Sheriff Williams, and whether the abstention doctrines of Railroad Commission of Texas v. Pullman Co., 312 U.S. 496 (1941), and Younger v. Harris, 401 U.S. 37 (1971), warrant abstention.  Sheriff

Williams requests that the Court direct that his reply brief be due no later than twenty (20) days after entry of an order granting leave to reply.

## MEMORANDUM OF LAW

Local Rule 3.01(c) provides that an order granting leave to reply is required before a party may file a reply in further support of a motion to dismiss. Local Rule 3.01(d) states that a motion requesting such leave "shall not exceed three (3) pages, shall specify the length of the proposed filing and shall not include, as an attachment or otherwise, the proposed . . . reply." Good cause exists for granting Sheriff Williams leave to reply, given the complex and significant issues presented in the motion to dismiss and response in opposition, and Sheriff Williams believes a reply will assist the Court in resolving those issues. See Allied Portables, LLC v. Youmans, No. 2:15-CV-294-FTM-38CM, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016) ("The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court. While parties may ask for leave to file a reply, they must show good cause. Moreover, the Court will not grant leave to file a reply brief unless the reply will benefit the Court's resolution of the pending motion." (quotations and citations omitted)).

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has conferred with William J. Sheppard, Esq., counsel for Plaintiffs, and is authorized to represent that Plaintiffs do not oppose the relief requested herein.

WHEREFORE, Defendant, Sheriff Williams, respectfully requests this Honorable Court to enter an order granting him leave to file a reply, not to exceed nine (9) pages in

length, in further support of his motion to dismiss, which reply is to be filed on or before twenty (20) days from the date of such order.

DATED this 12th day of December, 2017.

**OFFICE OF GENERAL COUNSEL**

*/s/ Jon R. Phillips*
Jon R. Phillips
Deputy General Counsel
Florida Bar No. 273813
Jacob J. Payne
Assistant General Counsel
Florida Bar No. 0639451
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1837 (Telephone)
(904) 630-1316 (Facsimile)
jphillips@coj.net
jpayne@coj.net
*Counsel for Sheriff Williams*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 12th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF Participants: none.

*/s/ Jon R. Phillips*
Jon R. Phillips
Deputy General Counsel
Florida Bar No. 273813
Jacob J. Payne
Assistant General Counsel
Florida Bar No. 0639451
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1837 (Telephone)
(904) 630-1316 (Facsimile)
jphillips@coj.net
jpayne@coj.net
*Counsel for Sheriff Williams*