# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOSEPH MENTER, et al.,

    Plaintiffs,

v.                                                       CASE NO. 3:17-cv-1029-J-39JBT

JUDGE MARK MAHON, et al.,

    Defendants.

_____/

## DEFENDANT MAHON'S AGREED MOTION FOR LEAVE
## TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants Judge Mark Mahon, in his official capacity, and Sheriff Mike Williams, sued in his official capacity, hereby move for leave to file a reply in support of his motion to dismiss, DE 14, and in support, states as follows:

### Statement of Requested Relief

On December 4, 2018, Plaintiffs filed their response to Defendant Mahon's motion to dismiss. DE 24).  Defendant Mahon respectfully requests leave to file a reply memorandum to Plaintiffs' response to his motion to dismiss.  The requested reply will not exceed ten (10) pages.  Defendant Mahon further requests that the reply memorandum be filed within twenty (20) days following issuance of the Court's order on the instant motion.

**Basis for the Requested Relief and Memorandum of Legal Authority**

District courts have broad discretion in managing their cases. *Chrysler Int'l Corp. V. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Pursuant to Middle District of Florida Local Rule 3.01(c), a party must seek leave of court to file a reply. "A motion requesting leave to file ... a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion response, reply, or other paper." M.D. Fla. Loc. R. 3.01(d).

After reviewing Plaintiffs' response, Defendant Mahon would like the opportunity to address the following legal issues and opinions raised in that response:

(1) whether the "capable of repetition, yet evading review" exception applies to Defendant Mahon's argument that Plaintiffs' claims are moot, s*ee* DE 24 at 3-4;

(2) whether the cases cited in the response about the scope for Younger abstention do not supply authority for the narrow scope argued by Plaintiffs, which appears to be that the criminal trial itself must afford the opportunity to raise constitutional issues and not collateral habeas relief, *see id.* at 6-8;

(3) whether the judicial immunity amendment to 42 U.S.C. 1983 is limited to frivolous lawsuits and burdensome litigation, or extends to the prospective injunctive relief sought in this case. *see id.* at 4;

(4) the factual and legal differences between the instant case and *Odonnell v. Harris Cty., Tex.,* 251 F. Supp. 3d 1052, 1138 (S.D. Tex. 2017), appeal docketed, No. 17-20333 (11th Cir. May 10, 2017), *see id.* at 7; and

(5) the factual and legal differences between the instant case and *Walker v. City of Calhoun*, No. 4:15cv0170, 2016 WL 361612, at *10 (N.D. Ga. Jan. 28, 2016), vacated and remanded, 682 Fed. App'x 721 (11th Cir. Mar. 9, 2017), on remand, No. 4:15-CV-0170-HLM, 2017 WL 2794064 (N.D. Ga. June 16, 2017), appeal docketed, No. 17-13139 (11th Cir. July 13, 2017), *see id.* at 8 n.3.

## **Conclusion**

WHEREFORE, Defendant Mahon respectfully requests leave to file a reply memorandum in support of his motion to dismiss within 20 days of the Court's order on the instant motion.

        Respectfully Submitted,

        **PAMELA JO BONDI**
        **ATTORNEY GENERAL**

        */s/ William H. Stafford III*
        William H. Stafford, III
        Senior Assistant Attorney General
        Fla. Bar No.: 70394
        Office of the Attorney General
        Civil Litigation
        The Capitol - PL 01
        Tallahassee, FL 32399-1050
        Telephone:  (850) 414-3785
        Facsimile:   (850) 488-4872
        *Counsel for Defendant Mahon*

## **CERTIFICATION OF CONFERENCE WITH OTHER PARTIES**

**I HEREBY CERTIFY,** pursuant to Middle District of Florida Local Rule 3.01(g), that I have conferred with counsel for Plaintiffs regarding this motion. I am authorized to represent that counsel does not object to the relief requested herein.

        */s/ William H. Stafford III*
        WILLIAM H. STAFFORD III

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the court using CM/ECF on December 13, 2017, and thereby served on Bryan E. DeMaggio, Esq., Camille Elizabeth Sheppard, Esq., Elizabeth Louise White, Esq., Jesse B. Wilkison, Esq., Matthew R. Kachergus, Esq., and William J. Sheppard, Esq., Sheppard, White, Kachergus, & DeMaggio PA, 215 Washington Street, Jacksonville, Florida 32202, *counsel for Plaintiffs;* via email to sheplaw@att.net; and Jon R. Phillips, Esq. and Stephen J. Powell, Esq., Office of the General Counsel for the City of Jacksonville, Florida, 117 W Duval St Ste 480 Jacksonville, FL 32202-5721, *counsel for Defendant Williams,* via email to jphillips@coj.net and spowell@coj.net.

*/s/ William H. Stafford III*